WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Alioto,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Associated Creditors Exchange, Inc.,<br><br>　　　　　Defendant. | No. CV-09-2433-PHX-SMM<br><br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 56.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, October 1, 2012 at 2:30 p.m.**

DATED this 10th day of September, 2012.

Stephen M. McNamee
Senior United States District Judge