1  **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE DISTRICT OF ARIZONA**

8

9  Ann Alioto,                          )    No. CV-09-2433-PHX-SMM
                                        )
10              Plaintiff,              )
                                        )
11  vs.                                 )    **ORDER**
                                        )
12  Associated Creditors Exchange, Inc., )
                                        )
13              Defendant.              )
                                        )
14  _____ )

15          Pending before the Court is the parties' Joint Stipulation for Dismissal With

16  Prejudice. (Doc. 56.)

17          Accordingly,

18          **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all

19  claims with all parties to bear their respective costs and attorney's fees.

20          **IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday,**

21  **October 1, 2012 at 2:30 p.m.**

22          DATED this 10th day of September, 2012.

23

24                          _____

25                              Stephen M. McNamee
                            Senior United States District Judge
26

27

28